## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:
FIREMAN'S FUND INSURANCE CO. v. FOGO DE CHAO
CHURRASCARIA (CHICAGO) LLC et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
FIREMAN'S FUND INSURANCE COMPANY

**08CV3229**
**JUDGE LEINENWEBER**
**MAG. JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) Kathleen A. McQueeny | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ | |
| FIRM Wilson & Ryan | |
| STREET ADDRESS 33 W. Monroe, Suite 1530 | FILED JUN - 4 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6184732 | TELEPHONE NUMBER (312) 629-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |