FIRM #40263

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FIREMAN'S FUND INSURANCE CO.**     )  <br><br>    Plaintiff,     )  <br><br> - vs -     )  <br><br>**FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC, and JOSEPH DI COSOLA, Individually and on behalf of a class**     )  <br><br>    Defendants.     ) | 08CV3229<br>JUDGE LEINENWEBER<br>MAG. JUDGE NOLAN |

## LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

The nongovernmental corporate party, FIREMAN'S FUND INSURANCE COMPANY, in the above listed civil action has the following corporations that own more than 5% of its stock:

Fireman's Fund is 100% owned by Allianz Global Risk US Insurance Company, a California corporation, which is 100% owned by Allianz of America, Inc., a Delaware corporation. Allianz of America is owned by Allianz Aktiengesellschaft, a German company.

Dated this 4nd day of June, 2008.    Respectfully submitted,

_____
Daniel V. Marsalli (ARDC No. 6196604)
WILSON & RYAN
33 West Monroe Street
Suite 1530
Chicago, IL  60603
(312) 629-2000

Attorneys for: FIREMAN'S FUND INSURANCE COMPANY

FILED
JUN - 4 2008
Jun 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

L:\12893\2008-06-04_Corporate Disclosure Statement.doc