FIRM #40263

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE CO.,<br><br>Plaintiff,<br><br>- vs -<br><br>FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC, and JOSEPH DI COSOLA, Individually and on behalf of a class<br><br>Defendants. | No. 08 C 3229 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)

Plaintiff FIREMAN'S FUND INSURANCE COMPANY hereby files this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Plaintiff has not served its complaint on any party and no Defendant has appeared in the action.

Dated this 14th day of August, 2008. Respectfully submitted,

_____
Daniel V. Marsalli (ARDC No. 6196604)
WILSON & MCQUEENY
33 West Monroe Street
Suite 1530
Chicago, IL  60603
(312) 629-2000

Attorneys for: FIREMAN'S FUND INSURANCE COMPANY

L:\12893\Rule 41 Vol_Dismissal.doc